## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:  **Caputo, Gregory & Deborah**

Case No.:     **19-33902-SLM**

Chapter:      **7**

Judge:        **Stacey L. Meisel**

___

### NOTICE OF PROPOSED ABANDONMENT
___

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on March 10, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property: **17 Square Hill Road, North Caldwell, New Jersey**

**Current Market Value of Property:  $800,000.00**
**Estimated Cost of Sale:  $80,000.00**

**Liens on property: Bayview Mortgage: $912,700.00**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:     29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-33902-SLM
Gregory R. Caputo                                                         Chapter 7
Deborah A. Caputo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 11, 2020
                             Form ID: pdf905       Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db/jdb      +Gregory R. Caputo,  Deborah A. Caputo,  17 Squire Hill Road,   North Caldwell, NJ 07006-4748
518638705   +Andrew H. Graulich, Esq.,  17 Academy Street,  Suite 1111,  Newark, NJ 07102-2926
518638706   +Barclays Bank,  745 7th Avenue,  New York, NY 10019-6801
518638707   +Barclays Bank Delaware,  125 South West Street,  Wilmington, DE 19801-5014
518638708   +Barkstrong, LLC,  3401 Technology Drive,  Ste 220,  Lake Saint Louis, MO 63367-2597
518638710   +Bloomingdales/DSNB,  Box 8218,  Mason, OH 45040-8218
518638711  ++CAINE & WEINER COMPANY,  12005 FORD ROAD 300,  DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,   21210 Erwin Street,  Woodland Hills, CA 91367)
518638714    Chrysler Capital,  Attn: Bankruptcy Dept.,  Box 660647,  Dallas, TX 75266-0647
518638715   +Cohn & Dussi, LLC,  68 Harrison Avenue,  Suite 502,  Boston, MA 02111-1929
518638717   +DSNB Macy's,  Box 8218,  Mason, OH 45040-8218
518638721  ++FORWARD FINANCING,  100 SUMMER ST SUITE 1175,  BOSTON MA 02110-2138
             (address filed with court: Forward Financing, LLC,   100 Summer Street,   #1175,
             Boston, MA 02110)
518638718   +Faloni & Associates,  165 Passaic Avenue #301b,  Fairfield, NJ 07004-3592
518638719   +First Premier Bank,  3820 N Louise Avenue,  Sioux Falls, SD 57107-0145
518638720   +First Svg CC,  500 East 60th Street North,  Sioux Falls, SD 57104-0478
518638722    Global Payment,  Box 61158,  Chicago, IL 60666
518638723   +Great Life Petfood, LLC,  3401 Technology Drive,  Ste 220,  Lake Saint Louis, MO 63367-2597
518638725   +Kathleen Radcliffe,  239 Long Hill Road,  Little Falls, NJ 07424-2005
518638726   +Knabe, Kroning & Bedell,  33 North Dearborn Street,  10th Floor,  Chicago, IL 60602-3102
518638727    Lab Corp of America,  Box 2240,  Burlington, NC 27216-2240
518638728   +Limoner Investments, Inc./Omar Limon,  c/o Jason B. Giller, P.A.,
             701 Brickell Avenue, Suite 2000,  Miami, FL 33131-2834
518638730   +Lyons, Doughty & Veldhuis,  136 Gaither Drive,  Suite 100,  Box 1269,
             Mount Laurel, NJ 08054-2239
518638734  +++MIDLAND FUNDING LLC,  IN HOUSE COUNEL,  1 RIVERFRONT PLZ STE 710,  NEWARK NJ 07102-5415
             (address filed with court: Midland Funding LLC,   In House Counel,   1037 Raymond Blvd,
             Suite 710,  Newark, NJ 07102)
518638733   +Midland Credit Management, Inc.,  Box 2001,  Warren, MI 48090-2001
518638735   +Midland Funding, LLC,  320 East Big Beaver,  Troy, MI 48083-1271
518638736   +Nutripak, LLC,  2210 W 162nd Street,  Markham, IL 60428-5604
518643595   +Orion,  c/o of PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
518638737    Pioneer Credit Recovery, Inc.,  308 NJ 38,  Moorestown, NJ 08057
518638740  ++STATE OF NEW JERSEY,  DIVISION OF TAXATION BANKRUPTCY UNIT,  PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of NJ Div of Taxation,  Box 245,  Trenton, NJ 08646)
518638738   +Stacy E. Oberfield, DDS,  45 Smull Avenue,  Caldwell, NJ 07006-5001
518638741   +Suburban Morris,  2150 Stanley Terrace,  Union, NJ 07083-4320
518638742   +Thryve Capital Funding, LLC,  116 Nassau Street,  8th Floor,  New York, NY 10038-2402
518638743    Trident Asset Mgmt, LLC,  P.O. Box 101928,  Birmingham, AL 35210-6928
518638744   +Vadim Serebro, Esq.,  55 Broadway, 3rd Floor,  New York, NY 10006-3757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2020 23:37:40    U.S. Attorney,   970 Broad St.,
             Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2020 23:37:39    United States Trustee,
             Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:39:33    Orion,
             c/o PRA Receivables Management LLC,  POB 41021,  Norfolk, VA 23541-1021
518638709   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 11 2020 23:38:06
             Bayview Loan Servicing, LLC,  ATTN: Customer Service Department,
             4425 Ponce de Leon Boulevard, 5th Floor,  Miami, FL 33146-1873
518638713   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 11 2020 23:38:32    CB Indigo,  Box 4499,
             Beaverton, OR 97076-4499
518638712   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 23:40:10    Capital One Bank,
             10700 Capital One Way,  Richmond, VA 23060-9243
518638716   +E-mail/PDF: creditonebknotifications@resurgent.com Feb 11 2020 23:38:58    Credit One Bank,
             Box 98872,  Las Vegas, NV 89193-8872
518638724    E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 23:37:09    Internal Revenue Service,  Box 7346,
             Philadelphia, PA 19101-7346
518638729   +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 23:39:04    LVNV Funding, LLC,
             c/o Resurgent Capital Services, LP,  55 Beattie Place #110,  Greenville, SC 29601-5115
518638731   +E-mail/Text: micnjbd@gmail.com Feb 11 2020 23:38:06    Medical Imaging Center of North Jersey,
             1111 Paulison Avenue,  Clifton, NJ 07011-3600
518638732   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 11 2020 23:39:26    Merrick Bank,
             Box 9201,  Old Bethpage, NY 11804-9001
                                                                                 TOTAL: 11
```

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Feb 11, 2020
                             Form ID: pdf905           Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518638739*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of NJ Div of Taxation,   Box 245,   Trenton, NJ 08695)
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing,LLC as servicer for The Bank of
               New York Mellon FKA The Bank of New York, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ralph A Ferro, Jr   on behalf of Debtor Gregory R. Caputo ralphferrojr@msn.com
              Ralph A Ferro, Jr   on behalf of Joint Debtor Deborah A. Caputo ralphferrojr@msn.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 6
```