Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−33902−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory R. Caputo | Deborah A. Caputo |
| 17 Squire Hill Road | 17 Squire Hill Road |
| North Caldwell, NJ 07006 | North Caldwell, NJ 07006 |

Social Security No.:
   xxx−xx−4694                               xxx−xx−0154

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 3, 2020                    Stacey L. Meisel
                                       Judge, United States Bankruptcy Court