**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gregory R. Caputo | Social Security number or ITIN   xxx–xx–4694 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah A. Caputo | Social Security number or ITIN   xxx–xx–0154 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–33902–SLM | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory R. Caputo                                          Deborah A. Caputo

6/3/20                                                                   **By the court:**   Stacey L. Meisel
                                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Gregory R. Caputo
Deborah A. Caputo
    Debtors

Case No. 19-33902-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 03, 2020
                      Form ID: 318     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.

```
db/jdb          +Gregory R. Caputo,    Deborah A. Caputo,    17 Squire Hill Road,    North Caldwell, NJ 07006-4748
518638705       +Andrew H. Graulich, Esq.,    17 Academy Street,    Suite 1111,    Newark, NJ 07102-2926
518638706       +Barclays Bank,    745 7th Avenue,    New York, NY 10019-6801
518638708       +Barkstrong, LLC,    3401 Technology Drive,    Ste 220,    Lake Saint Louis, MO 63367-2597
518638711      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     21210 Erwin Street,    Woodland Hills, CA 91367)
518638714        Chrysler Capital,    Attn: Bankruptcy Dept.,    Box 660647,    Dallas, TX 75266-0647
518638715       +Cohn & Dussi, LLC,    68 Harrison Avenue,    Suite 502,    Boston, MA 02111-1929
518638718       +Faloni & Associates,    165 Passaic Avenue #301b,    Fairfield, NJ 07004-3592
518638720       +First Svg CC,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
518638722        Global Payment,    Box 61158,    Chicago, IL 60666
518638723       +Great Life Petfood, LLC,    3401 Technology Drive,    Ste 220,    Lake Saint Louis, MO 63367-2597
518638725       +Kathleen Radcliffe,    239 Long Hill Road,    Little Falls, NJ 07424-2005
518638726       +Knabe, Kroning & Bedell,    33 North Dearborn Street,    10th Floor,    Chicago, IL 60602-3102
518638727        Lab Corp of America,    Box 2240,    Burlington, NC 27216-2240
518638728       +Limoner Investments, Inc./Omar Limon,    c/o Jason B. Giller, P.A.,
                 701 Brickell Avenue, Suite 2000,    Miami, FL 33131-2834
518638730       +Lyons, Doughty & Veldhuis,    136 Gaither Drive,    Suite 100,    Box 1269,
                 Mount Laurel, NJ 08054-2239
518638734    ++++MIDLAND FUNDING LLC,    IN HOUSE COUNEL,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ  07102-5415
                (address filed with court: Midland Funding LLC,    In House Counel,    1037 Raymond Blvd,
                 Suite 710,   Newark, NJ 07102)
518638733       +Midland Credit Management, Inc.,    Box 2001,    Warren, MI 48090-2001
518638735       +Midland Funding, LLC,    320 East Big Beaver,    Troy, MI 48083-1271
518638736       +Nutripak, LLC,    2210 W 162nd Street,    Markham, IL 60428-5604
518643595       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518638737        Pioneer Credit Recovery, Inc.,    308 NJ 38,    Moorestown, NJ 08057
518638740      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08646)
518638738       +Stacy E. Oberfield, DDS,    45 Smull Avenue,    Caldwell, NJ 07006-5001
518638741       +Suburban Morris,    2150 Stanley Terrace,    Union, NJ 07083-4320
518638742       +Thryve Capital Funding, LLC,    116 Nassau Street,    8th Floor,    New York, NY 10038-2402
518638743        Trident Asset Mgmt, LLC,    P.O. Box 101928,    Birmingham, AL 35210-6928
518638744       +Vadim Serebro, Esq.,    55 Broadway, 3rd Floor,    New York, NY 10006-3757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: PRA.COM Jun 04 2020 02:28:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
                 Norfolk, VA 23541-1021
518638707       +EDI: TSYS2.COM Jun 04 2020 02:28:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
518638709       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Loan Servicing, LLC,    ATTN: Customer Service Department,
                 4425 Ponce de Leon Boulevard, 5th Floor,    Miami, FL 33146-1873
518638710       +EDI: TSYS2.COM Jun 04 2020 02:28:00      Bloomingdales/DSNB,    Box 8218,    Mason, OH 45040-8218
518638713       +EDI: PHINGENESIS Jun 04 2020 02:28:00      CB Indigo,    Box 4499,    Beaverton, OR 97076-4499
518638712       +EDI: CAPITALONE.COM Jun 04 2020 02:28:00      Capital One Bank,    10700 Capital One Way,
                 Richmond, VA 23060-9243
518638716       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 03 2020 23:16:58      Credit One Bank,
                 Box 98872,    Las Vegas, NV 89193-8872
518638717       +EDI: TSYS2.COM Jun 04 2020 02:28:00      DSNB Macy's,    Box 8218,    Mason, OH 45040-8218
518638719       +EDI: AMINFOFP.COM Jun 04 2020 02:28:00      First Premier Bank,    3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
518638721       +E-mail/Text: bankruptcyalerts@forwardfinancing.com Jun 03 2020 23:12:24
                 Forward Financing, LLC,    100 Summer Street,    #1175,    Boston, MA 02110-2138
518638724        EDI: IRS.COM Jun 04 2020 02:28:00      Internal Revenue Service,    Box 7346,
                 Philadelphia, PA 19101-7346
518638729       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 03 2020 23:16:21      LVNV Funding, LLC,
                 c/o Resurgent Capital Services, LP,    55 Beattie Place #110,    Greenville, SC 29601-5115
518638731       +E-mail/Text: micnjbd@gmail.com Jun 03 2020 23:13:50      Medical Imaging Center of North Jersey,
                 1111 Paulison Avenue,    Clifton, NJ 07011-3600
518638732       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:17:31      Merrick Bank,
                 Box 9201,    Old Bethpage, NY 11804-9001
                                                                                                TOTAL: 16
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jun 03, 2020
                              Form ID: 318             Total Noticed: 44

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518638739*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing,LLC as servicer for The Bank of
               New York Mellon FKA The Bank of New York, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ralph A Ferro, Jr    on behalf of Debtor Gregory R. Caputo ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Deborah A. Caputo ralphferrojr@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```